EARL STANLEY et al. v. STATE.

No. A-4345.   Opinion Filed Oct. 6, 1924.

(228 Pac. 1113.)

(Syllabus.)

**Appeal and Error—Permission to File Brief out of Time Refused, Where Opinion Written Affirming Cause as to Coappellant.** Where the appeal has been pending over two years, and no

brief is filed in behalf of these appellants before final sub-
mission of the cause, permission to file a brief six months
thereafter will be refused, where the record has been examined
and an opinion written affirming the cause as to a coappel-
lant in whose behalf a brief was timely filed and who was
jointly tried with these appellants.

Appeal from District Court, Tulsa County; Redmond S.
Cole, Judge.

Earl Stanley and another were convicted of burglary in
the second degree and sentenced to serve a term of seven
years each in the penitentiary, and they appeal. Affirmed.

Thompson & Smith and C. B. Rockwood, for plaintiffs
in error.

George F. Short, Atty. Gen., and N. W. Gore, Asst. Atty.
Gen., for the State.

MATSON, P. J. Earl Stanley and W. A. Warren were
jointly charged together with one Dan Mara, by information
filed in the district court of Tulsa county, with the crime
of burglary in the second degree alleged to have been com-
mitted on the 19th day of January, 1922, by breaking and
entering the store building of one W. R. Jeffries, located in
the town of Glenpool, Okla., and stealing therefrom certain
goods, wares, and merchandise belonging to the said Jeffries.
Upon a joint trial the defendants were found guilty as
charged and their punishment fixed as above stated.

The appeal was filed in this court on May 20, 1922, and
the cause was finally submitted on the 6th day of November,
1923. The codefendant Dan Mara joined with these plain-
tiffs in error in prosecuting this appeal, and a brief was filed
in support of his appeal and an opinion rendered by this
court, filed February 6, 1924, affirming the judgment as to
the said Dan Mara. No brief has been filed in behalf of
either of these plaintiffs in error. More than six months

after this cause was finally submitted counsel for the plaintiff in error Stanley requested permission of this court to file a brief in his behalf. This request was denied because the court was familiar with the case, having rendered an opinion therein as to the plaintiff in error Dan Mara.

The case against Stanley is stronger than that against either Mara or Warren, and the summary of the evidence set out in the opinion in Mara v. State, 26 Okla. Cr. 156, 223 Pac. 204, is sufficient to answer the purposes of this opinion, and is here referred to and made a part hereof. After an examination of the entire record, it is the opinion of this court that the evidence against each of these plaintiffs in error is amply sufficient to sustain the verdict and judgment, and that no reversible error occurred during the progress of the trial.

The judgments therefore as to Earl Stanley and W. A. Warren are accordingly affirmed. Mandates forthwith.

BESSEY and DOYLE, JJ., concur.